UNITED STATES DISTICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICKY W. ALEX,

    Plaintiff,

v.                                       Case No. 3:16cv222-MCR-CJK

BRANDIE BEAUCHAMP, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, has filed a motion for summary judgment. (Doc. 13). Rule 56 of the Federal Rules of Civil Procedure provides that "[a] party may move for summary judgment, identifying each claim or defense—or the part of each claim or defense—on which summary judgment is sought. The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law."

Plaintiff's motion for summary judgment should be denied without prejudice. First, the factual assertions on which the motion relies are not entirely supported by the evidence submitted by plaintiff. *See* (Docs. 10, 13, 14); Fed. R. Civ. P. 56(c)(1)(A) ("A party asserting that a fact cannot be or is genuinely disputed must support the assertion by citing to particular parts of materials in the record, including depositions, documents, electronically stored information, affidavits or declarations,

stipulations (including those made for purposes of the motion only), admissions, interrogatory answers, or other materials[.]"). Second, the parties have not had the opportunity to conduct discovery.* Thus, the motion should be denied without prejudice.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's Motion for Summary Judgment (doc. 13) be DENIED WITHOUT PREJUDICE.

2. That defendants' Motion for Enlargement of Time to Respond to Plaintiff's Motion for Summary Judgment (doc. 15) be DENIED AS MOOT.

At Pensacola, Florida, this 31st day of August, 2017.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

* An Initial Scheduling Order is being entered contemporaneously with this Report and Recommendation.

Case No. 3:16cv222-MCR-CJK

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:16cv222-MCR-CJK