UNITED STATES DISTCT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICKY W. ALEX,

    Plaintiff,

v.                                                       Case No. 3:16cv222-MCR-CJK

BRANDIE BEAUCHAMP, et al.,

    Defendants.

_____/

ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 31, 2017 (doc. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed. Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     Plaintiff's Motion for Summary Judgment (doc. 13) is **DENIED WITHOUT PREJUDICE**.

3. Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Motion for Summary Judgment (doc. 15) is **DENIED AS MOOT**.

**DONE AND ORDERED** this 18th day of September, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**